IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PAUL FORRESTER )
) No. 3-10-1142
v. )
)
ZIMMER, INC.; ZIMMER HOLDINGS, )
INC.; ZIMMER PRODUCTION, INC.; )
and ZIMMER US, INC. )

O R D E R

On November 2, 2011, the parties filed a protective order (Docket Entry No. 47), which the Court deems to be a joint motion for entry of the protective order, as designated on the docket, and, as such, it is GRANTED, and, by contemporaneously entered order, the parties' protective order has been entered, with one modification.

Specifically, § 7 on page 5-6 has been changed to delete the reference to making any filings under seal in sealed envelopes and including the requirement that the parties comply with § 5.07 of Administrative Order No. 167, entitled "Administrative Practices and Procedures for Electronic Case Filing (ECF)," entered April 18, 2005. The parties are advised that any filings containing information covered by the protective order that the parties seek to make under seal shall be filed under seal, accompanied by a motion to seal, with justification for maintaining the filing under seal pursuant to Rule 26(c) of the Federal Rules of Civil Procedure. If feasible, the filing party shall also file a redacted copy of the filing. The proposed under seal filing will be kept under seal until the Court rules on the motion to seal.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge